IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kirkland, Pearl D | Case Number: 07 B 02661 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/27/08 | Filed: 2/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: April 10, 2008
Confirmed: May 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,555.00 | |
| Secured: | | 2,001.60 |
| Unsecured: | | 0.00 |
| Priority: | | 542.43 |
| Administrative: | | 1,765.00 |
| Trustee Fee: | | 245.97 |
| Other Funds: | | 0.00 |
| Totals: | 4,555.00 | 4,555.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 1,765.00 | 1,765.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 1,459.00 | 1,459.00 |
| 6. | City Of Chicago | Secured | 200.00 | 200.00 |
| 7. | America's Servicing Co | Secured | 27,429.32 | 342.60 |
| 8. | Illinois Dept of Revenue | Priority | 4,704.40 | 542.43 |
| 9. | Illinois Dept of Revenue | Unsecured | 65.54 | 0.00 |
| 10. | Cook County Treasurer | Unsecured | 0.01 | 0.00 |
| 11. | JDAD, Inc. | Unsecured | 53.47 | 0.00 |
| 12. | BMG Jazz Club | Unsecured | | No Claim Filed |
| 13. | Hollywood Entertainment | Unsecured | | No Claim Filed |
| 14. | AOL | Unsecured | | No Claim Filed |
| 15. | Hoogendoorn & Talbot | Unsecured | | No Claim Filed |
| 16. | TRS Services | Unsecured | | No Claim Filed |
| 17. | Metropolitan Tower Life Insurance Co. | Unsecured | | No Claim Filed |
| 18. | Morgan Stanley Home Equity | Unsecured | | No Claim Filed |
| 19. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 20. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 21. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 22. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 23. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 24. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 25. | Rush University Medical Center | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Kirkland, Pearl D

Printed: 5/27/08

Case Number: 07 B 02661
Judge: Wedoff, Eugene R
Filed: 2/15/07

| | | | | |
|---|---|---|---|---|
| 26. | University Neurologists | Unsecured | | No Claim Filed |
| 27. | University Pathologists PC | Unsecured | | No Claim Filed |
| 28. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 29. | Vyridian Revenue Managment | Unsecured | | No Claim Filed |

$ 35,676.74     $ 4,309.03

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 245.97 |

$ 245.97

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_